UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

JEFFREY SCOTT WIERSMA,

Defendant.
_______________________________/

**INDICTMENT**

The Grand Jury charges:

**COUNT 1**
**(Receipt of Child Pornography)**

On or about September 22, 2024, in Allegan County, in the Southern Division of the Western District of Michigan, and elsewhere,

JEFFREY SCOTT WIERSMA

knowingly received videos of child pornography using any means and facility of interstate and foreign commerce.

Specifically, the defendant received one or more of the following videos containing child pornography via WhatsApp, an internet application, from user Hottie Escorts:

1. 6168bff9-2092-4d51-8b05-b02b936c4dce.mp4;
2. ea004d80-2df0-475e-ad87-252de4e7830f.mp4; and
3. bf2ca94-c6ab-45ef-9394-438848ca3ec1.mp4

18 U.S.C. § 2252A(a)(2)(A) and (b)(1)
18 U.S.C. § 2256(8)(A)

**COUNT 2**
**(Receipt of Child Pornography)**

On or about September 22, 2024, in Allegan County, in the Southern Division of the Western District of Michigan, and elsewhere,

JEFFREY SCOTT WIERSMA

knowingly received videos of child pornography using any means and facility of interstate and foreign commerce.

Specifically, the defendant received the following video containing child pornography via WhatsApp, an internet application, from user CP Only For Serious Buyer: ea00f9ec-ca21-4ff2-baf9-93dc8d931dee.mp4.

18 U.S.C. § 2252A(a)(2)(A) and (b)(1)
18 U.S.C. § 2256(8)(A)

**COUNT 3**
**(Receipt of Child Pornography)**

On or about October 16, 2024, in Allegan County, in the Southern Division of the Western District of Michigan, and elsewhere,

JEFFREY SCOTT WIERSMA

knowingly received videos of child pornography using any means and facility of interstate and foreign commerce.

Specifically, the defendant received the following video containing child pornography via WhatsApp, an internet application, from user Hotties Fun And Fun: be65a662-eb80-4384-8af5-b21cccef4273.mp4.

18 U.S.C. § 2252A(a)(2)(A) and (b)(1)
18 U.S.C. § 2256(8)(A)

**COUNT 4**
**(Possession of Child Pornography)**

On or about July 22, 2025, in Allegan County, in the Southern Division of the Western District of Michigan, and elsewhere,

JEFFREY SCOTT WIERSMA

knowingly possessed images and videos of child pornography that involved prepubescent minors, including, but not limited to, one or more of the visual depictions listed below:

1. LocalVideoKeyFrame.jpg
2. LocalVideoKeyFrame_1.jpg
3. telegram-cloud-photo-size-1-5129918297532378564-w partial
4. telegram-cloud-photo-size-1-4969976579716285717-m shm280-0.81
5. 016C81A4E2EA880E98DFB6333118015FDA8B5BE3-blob
6. telegram-cloud-document-4-5888672987728582494 partial
7. telegram-cloud-document-4-5839429851945112434
8. telegram-cloud-document-4-5994630668439524361
9. 0c893ee9-bf4a-4a04-a51d-3a7d9aafd3f25.mp4
10. telegram-cloud-document-4-5994630668439524374 partial
11. LocalVideoKeyFrame 2.jpg
12. IMG 4415.MOV

These depictions were produced using materials that had been shipped or transported in and affecting interstate and foreign commerce, including, but not limited to, an iPhone.

18 U.S.C. § 2252A(a)(5)(B) and (b)(2)
18 U.S.C. § 2256(8)(A)

**FORFEITURE ALLEGATION**

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 2253.

Pursuant to 18 U.S.C. § 2253, upon conviction of an offense in violation of 18 U.S.C. § 2252A, as charged in this Indictment,

JEFFREY SCOTT WIERSMA

shall forfeit to the United States of America any visual depiction described in 18 U.S.C. § 2252A; any matter which contains any such visual depiction that was produced, transported, mailed, shipped, and received in violation of Title 18, United States Code, Chapter 110; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses or any property traceable to such property, including but not limited to, an Apple iPhone IMEI: 350879900059802 and an Apple iPhone 15 Pro Max (Serial# DXHVJPFF6VF).

18 U.S.C. § 2253
18 U.S.C. § 2252A
18 U.S.C. § 2256

A TRUE BILL

[ /s/ Redacted ]
_______________________________
GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

_______________________________
JONATHAN ROTH
Assistant United States Attorney